Paul E. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50243.

Missouri Court of Appeals,
Western District.

Nov. 14, 1995.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

PER CURIAM:

### *ORDER*

Paul Williams appeals from the denial of his 24.035 motion for post-conviction relief without evidentiary hearing. He claims that the motion court clearly erred in denying his motion because counsel was ineffective in that he: (1) misinformed Williams about the amount of credit he would receive; and (2) failed to interview and depose all the State's witnesses because a viable self-defense claim would have been uncovered. Affirmed. Rule 84.16(b).